**William S. CHAPMAN, Petitioner,**

v.

**OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.**

No. 2009–3158.

United States Court of Appeals,
Federal Circuit.

July 24, 2009.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Booker McCLENTY, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION
BOARD, Respondent.**

No. 2009–3119.

United States Court of Appeals,
Federal Circuit.

July 24, 2009.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Patricia K. ZELENKA, Petitioner,**

v.

**OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.**

No. 2009–3065.

United States Court of Appeals,
Federal Circuit.

July 24, 2009.

## ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule